**Vance Edward JOHNSON, Petitioner—Appellant,**

v.

**D.L. RUNNELS, Warden, Respondent— Appellee.**

**No. 06–16295.**

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed March 27, 2009.

Vance Edward Johnson, Folsom, CA, pro se.

ed by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Dane R. Gillette, Esq., Morris Beatus, Esq., AGCA–Office of the California Attorney General, Oakland, CA, for Respondent–Appellee.

Before: LEAVY, HAWKINS and TASHIMA, Circuit Judges.

**MEMORANDUM ***

California state prisoner Vance Edward Johnson appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition, challenging his jury-trial conviction for carjacking by use of a firearm, second degree robbery, attempted second degree robbery by use of a firearm, and possession of a firearm by a felon. We have jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253, and we affirm.

Johnson contends that his federal due process rights were violated by: 1) the admission of evidence of uncharged crimes; 2) the admission of unreliable witness identifications; 3) the admission of prior testimony of an unavailable witness; 4) an erroneous jury instruction; 5) an inadequate record on appeal; and 6) ineffective assistance by appellate counsel. We conclude that the state court's rejection of these claims was not objectively unreasonable. *See Himes v. Thompson*, 336 F.3d 848, 852–53 (9th Cir.2003); *see also Jackson v. Brown*, 513 F.3d 1057, 1084 (9th Cir.2008); *Turner v. Calderon*,

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

281 F.3d 851, 872 (9th Cir.2002); *Johnson v. Sublett,* 63 F.3d 926, 929 (9th Cir.1995); *Jammal v. Van de Kamp,* 926 F.2d 918, 920 (9th Cir.1991); *Madera v. Risley,* 885 F.2d 646, 648 (9th Cir.1989).

Johnson's motion to broaden the certificate of appealability is denied. *See Hiivala v. Wood,* 195 F.3d 1098, 1104 (9th Cir. 1999) (per curiam).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.